**Lana PEREZ, Elena Leffler,
Plaintiffs–Appellants
Cross–Appellees,**

v.

**SAKS FIFTH AVENUE, INC., a foreign
corporation, doing business in Flori-
da, Defendant–Appellee Cross–Appel-
lants.**

**No. 09–10574.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 21, 2010.

Craig L. Berman, Berman Law Firm,
P.A., Saint Petersburg, FL, Erika Deutsch
Rotbart, Deutsch Rotbart & Associates,
P.A., Boca Raton, FL, for Plaintiffs–Appel-
lants Cross–Appellees.

Justin B. Uhlemann, Mcdermott, Will &
Emery, LLP, Miami, FL, Carolyn T.
Schiff, Joel E. Cohen, Mcdermott Will &
Emery LLP, New York, NY, for Defen-
dant–Appellee Cross–Appellants.

Before WILSON and COX, Circuit
Judges and RESTANI,* Judge.

PER CURIAM:

The district judge, in a well-reasoned
order, granted Saks Fifth Avenue, Inc.'s
renewed motion for judgment as a matter
of law pursuant to Federal Rule of Civil
Procedure 50(b). He found that the judg-
ment was warranted because "no reason-
able juror could conclude that in taking
adverse employment action against Plain-
tiffs, Phelan acted as a mere [conduit] for
Terbecki or Salerno's age animus or retal-
iatory motives." *Perez v. Saks Fifth Ave-
nue, Inc.*, 592 F.Supp.2d 1388, 1399–1400
(S.D.Fla.2009). We have carefully reviewed
the record and the court's order, and we
conclude that the court properly granted
judgment as a matter of law. We there-
fore affirm the judgment of the district
court. As a result, Saks's conditional
cross-appeal from the denial of its alterna-
tive motion for new trial pursuant to Fed-
eral Rules of Civil Procedure 50(b) and
59(a) is moot.

AFFIRMED.